PER CURIAM.
Affirmed on the authority of Wilkinson v. State, 322 So.2d 620 (Fla. 3d DCA 1975); Monge v. State, 286 So.2d 34 (Fla. 3d DCA 1973); Bocchino v. Wainwright, 231 So.2d 238 (Fla. 3d DCA 1970); Childs v. State, 190 So.2d 605 (Fla. 3d DCA 1966); Gibson v. State, 173 So.2d 766 (Fla. 3d DCA 1965). Douglas v. State, 326 So.2d 33 (Fla. 1st DCA 1976). Dickenson v. State, 261 So.2d 561 (Fla. 3d DCA 1972); Capetta v. Wainwright, 203 So.2d 609 (Fla.1967); Belsky v. State, 231 So.2d 256 (Fla. 3d DCA 1970).